# United States District Court

FOR THE DISTRICT OF COLUMBIA

David Stinecipher,
Debra Stinecipher

v.

United States

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02434

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 12/19/2005

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

David Stinecipher,
Debra Stinecipher
214 E Parker,
Carlsbad, NM 88220,
505-746-7226

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
Court Clerk

by _____
Deputy Clerk

DEC 19 2005
Date

Page 1

# United States District Court
FOR THE DISTRICT OF COLUMBIA

**David Stinecipher,**
**Debra Stinecipher**

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER  1:05CV02434

**United States**

JUDGE: Ricardo M. Urbina

To:

DECK TYPE: Pro se General Civil

DATE STAMP: 12/19/2005

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

David Stinecipher,
Debra Stinecipher
214 E Parker,
Carlsbad, NM 88220,
505-746-7226

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC 19 2005
Court Clerk                                    Date

by _____
   Deputy Clerk

Page 1

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write "Return Receipt Requested" on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Kenneth L. Wainstein<br>United States Attorney<br>District of Columbia<br>555 4th St. N.W.<br>Washington, D.C. 20530 | 7000 0520 0020 3145 3457 |
| | 4b. Service Type |
| | ☐ Registered    ☒ Certified |
| | ☐ Express Mail    ☐ Insured |
| | ☐ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery |
| 5. Received By: (Print Name)<br>JAN 0 9 2006 | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X | |

PS Form **3811**, December 1994    102595-98-B-0229    Domestic Return Receipt

---

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write "Return Receipt Requested" on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Civil Process Clerk<br>Alberto Gonzales<br>United States Attorney General<br>Washington, D.C.<br>20530 | 7000 0520 0020 3145 3440 |
| | 4b. Service Type |
| | ☐ Registered    ☒ Certified |
| | ☐ Express Mail    ☐ Insured |
| | ☐ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery |
| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X | |

PS Form **3811**, December 1994    102595-98-B-0229    Domestic Return Receipt



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7000 0520 0020 3145 3440

| | | | | |
|---|---|---|---|---|
| **Destination** | ZIP Code: 200 | | City: | State: |
| **Origin** | ZIP Code: | | City: | State: |

**Firm Book ID:** 5100 A70W 30K0 0017 7778

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 01/09/2006 05:05<br>Firm Name: JUSTICE 20530 PU<br>Recipient: 'A JENNINGS'<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20530 | 00A70W35E |
| ARRIVAL AT UNIT | 01/07/2006 04:25 | WASHINGTON, DC 20022 | 00A70W30K |
| NOTICE LEFT | (01/07/2006 03:51) | WASHINGTON, DC 20530 | 00A70W30K |

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: 7000 0520 0020 3145 3457**

| | | | | |
|---|---|---|---|---|
| **Destination** | ZIP Code: 200 | | City: | State: |
| **Origin** | ZIP Code: | | City: | State: |

**Firm Book ID:** 5100 A70V 42Y0 0006 1131

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 01/09/2006 12:06<br>Firm Name: JUSTICE 20530 PU<br>Recipient: 'M ADAMS'<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20530 | 00A70W35E |
| ARRIVAL AT UNIT | 01/09/2006 01:31 | WASHINGTON, DC 20022 | 00A70V42Y |

Enter Request Type and Item Number:

Quick Search ⦿      Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7000052000 203 1453440 ,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 15.11      .

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____          Feb. 10, 2006
David Stinecipher                                             Date

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7000 5200 0203 1453 457

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.11

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____        Feb 10, 2006
David Stinecipher                       Date